IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br> v.<br><br>ALAN BRUCE MEGLEN,<br> a/k/a Jack Meglen,<br><br>     Defendant.<br>_____ | No. CR 06-0169 MMC<br><br>STIPULATION AND [PROPOSED]<br>ORDER EXEMPTING SPECIFIED<br>DOCUMENTS FROM PROTECTIVE<br>ORDER |

  At the outset of this case the parties stipulated to a protective order regarding discovery, and the Court entered that order.

  The parties now represent that included within the original protective order are non-sensitive materials that relate to the routine investigation of this matter.

  AFPD Kalar requests that these materials be exempted from the protective order, and that he be allowed to provide copies of certain materials (specified below) to his client to review outside the presence of his attorney and to otherwise disseminate those materials as appropriate to the investigation of this matter. AUSA Rees has no objection to this request.

  Therefore, for good cause shown, the original stipulated protective order is hereby modified. AFPD Kalar may copy, provide to his client, and otherwise appropriately disseminate discovery provided by the government from Bates ABM0001-ABM0048, Bates ABM0067-ABM0081, and

*Meglen*, CR 06-0169 MMC
ORD. MOD. PROTECTIVE ORD.


Bates ABM0200-ABM0250.  The remaining discovery and digital media provided by the government to AFPD Kalar remains under the original protective order.

August 11, 2006
Dated

HON. MAXINE M. CHESNEY
United States District Court Judge

IT IS SO STIPULATED.

_____         /s/_____
DATED                          KEVIN V. RYAN
                               United States Attorney
                               Northern District of California
                               ROBERT REES
                               Assistant United States Attorney

_____         /s/_____
DATED                          BARRY J. PORTMAN
                               Federal Public Defender
                               Northern District of California
                               STEVEN G. KALAR
                               Assistant Federal Public Defender