IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>ALAN BRUCE MEGLEN,<br><br>                    Defendant. | No. CR 06-0169 MMC<br><br>[PROPOSED] STIPULATED ORDER RE: CONTINUING STATUS APPEARANCE<br><br>**Current Hearing Date:** Wednesday, September 27, 2006 at 2:30 pm<br><br>**Proposed Hearing Date**: Wednesday, November 15, 2006 at 2:30 pm |

The defendant has been referred to the Honorable Chief Magistrate Judge James Larson for a settlement conference. That conference was scheduled to take place on Friday, September 29, 2006, but the parties were forced to cancel it because of a personal commitment that arose with one of the counsel.

When that counsel returns to the case, the parties will be appearing before Judge Larson to complete the settlement conference process. Therefore, the parties jointly request that the matter be taken off of the calendar for Wednesday, September 27, 2006. The parties ask that it be added to the Court's calendar for Wednesday, November 15, 2006 at 2:30 for status. The parties further represent that they will make all possible efforts to have the settlement conference completed before that date.

*Meglen*, CR 06-0169 MMC
ORD. CONT. STATUS HEARING

1     The parties jointly recommend that time be excluded under the Speedy Trial Act for effective
2 preparation of counsel and for continuity of counsel. Specifically, AFPD Kalar will be unavailable on
3 three of the court's criminal calendars between September 27th and November 15th for work-related
4 assignments, including two out-of-state assignments. In addition, there has been some discussion of a
5 superseding indictment with new substantive charges. Mr. Kalar represents that he needs the time
6 before November 15th for the effective preparation of counsel, as he revisits his forensic analysis of
7 the seized computer and meets and confers with his client regarding these new potential allegations.
8     Therefore, for good cause shown the status appearance before this Court on September 27,
9 2006 is vacated. The case is added to the Court's calendar on Wednesday, November 15, 2006 at
10 2:30 for status and setting of dates, or for possible change of plea. The parties are encouraged to
11 complete the settlement conference before that date. Time shall be excluded under the Speedy Trial
12 Act until that date for effective preparation of counsel, and for continuity of counsel.

14 IT IS SO ORDERED.

15

 September 26, 2006
16 DATED                              MAXINE M. CHESNEY
                                    United States District Court Judge

18 IT IS SO STIPULATED.

19 _____          \_\_\_/s_____
DATED                              KEVIN V. RYAN
20                                     United States Attorney
                                    Northern District of California
21                                     JONATHAN SCHMIDT for ROBERT REES
                                    Assistant United States Attorney

24 _____          \_\_\_/s_____
DATED                              BARRY J. PORTMAN
25                                     Federal Public Defender
                                    Northern District of California
                                    STEVEN G. KALAR
26                                     Assistant Federal Public Defender