## ~~PROPOSED~~ ORDER/COVER SHEET

TO:   The Honorable James Larson          RE:   Alan Meglen
      U.S. Magistrate Court Judge

FROM: Claudette M. Silvera, Chief         DOCKET NO.:  CR-06-116 MMC
      U.S. Pretrial Services Officer

DATE: August 15, 2006

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

__Rich Sarlatte__                         __415-436-7508__
U.S. Pretrial Officer Specialist          TELEPHONE NUMBER

RE:   VIOLATION/INFORMATION

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. __F__ on __11-1-06 WED__ at __11:00 a.m.__

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
   Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Order(s)
   A.
   B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:
   _Thank you._

_/s/_                                     10-24-06
JUDICIAL OFFICER                          DATE

Cover Sheet (12/03/02)