IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>ALAN BRUCE MEGLEN,<br><br>             Defendant. | ) ) ) ) ) ) ) ) ) ) ) | No.  CR 06-0169 MMC<br><br>[PROPOSED] STIPULATED ORDER CONTINUING STATUS APPEARANCE<br><br>**Current Hearing Date:** Wednesday, November 15, 2006 at 10:00 a.m.<br><br>**Proposed Hearing Date:** Wednesday, December 13, 2006 at 2:30 p.m. |

Since the last appearance before this Court, Mr. Meglen has been referred to the Honorable Chief Magistrate Judge Larson for a settlement conference. In this proposed stipulated order, the parties report that this conference was productive and that they anticipate a plea at the next appearance before this Court.

Mr. Meglen is currently scheduled to appear on a morning calendar before this Court on November 15, 2006. In this order, Mr. Meglen's counsel represents that he is unavailable for this morning calendar due to conflicting court appearances.

Therefore, the defense respectfully request that this matter be continued until Wednesday, December 13, 2006 for change of plea. The government has no objection to this request.

Defense counsel is also waiting for one additional piece of information from the government

*Meglen*, CR 06-0169 MMC
ORD. CONT. HEARING

before he can prepare his client for the change of plea. In light of defense counsel's unavailability, and in light of the need for effective preparation for defense counsel, the parties' jointly recommend exclusion of time under the Speedy Trial Act until the next court appearance.

    Therefore, for good cause shown the hearing on Wednesday, November 15, 2006 at 10:00 a.m. is vacated. The matter shall be added to the Court's calendar on Wednesday, December 13, 2006 at 2:30. Time shall be excluded under the Speedy Trial Act until that date, given the unavailability of defense counsel and the need for effective preparation.

IT IS SO ORDERED.

\_\_\_November 14, 2006_____
DATED                               MAXINE M. CHESNEY
                                        United States District Court Judge

IT IS SO STIPULATED.

_____11/14/06_____       _____/s_____
DATED                               KEVIN V. RYAN
                                        United States Attorney
                                        Northern District of California
                                        ROBERT REES
                                        Assistant United States Attorney


_____11/14/06_____       _____/s_____
DATED                               BARRY J. PORTMAN
                                        Federal Public Defender
                                        Northern District of California
                                        STEVEN G. KALAR
                                        Assistant Federal Public Defender