IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>ALAN BRUCE MEGLEN,<br><br>               Defendant. | No. CR 06-0169 MMC<br><br>[PROPOSED] STIPULATED ORDER CONTINUING STATUS APPEARANCE<br><br>**Current Hearing Date:** Wednesday, December 12, 2006 at 2:30 p.m.<br><br>**Proposed Hearing Date:** Wednesday, January 3, 2007 at 2:30 p.m. |

    Since the last appearance before this Court, Mr. Meglen has been referred to the Honorable Chief Magistrate Judge Larson for a settlement conference. In this proposed stipulated order, the parties report that this conference was productive and that Mr. Meglen will enter a plea to the current charges at the next appearance before the Court.

    Mr. Meglen is currently scheduled to appear before this Court on December 13, 2006. In this order, Mr. Meglen's counsel represents that he is unavailable for this calendar due to the demands of another case that arose on the evening of December 11. In addition, Mr. Meglen is ill with the stomach flu. Defense counsel is not available before that date.

    Therefore, the defense respectfully request that this matter be continued until Wednesday, January 3, 2007 for change of plea. The government has no objection to this request.

*Meglen*, CR 06-0169 MMC
ORD. CONT. HEARING

1  In light of defense counsel's unavailability, and in light of the need for effective preparation for
2  defense counsel, the parties' jointly recommend exclusion of time under the Speedy Trial Act until
3  the next court appearance.
4  Therefore, for good cause shown the hearing on Wednesday, December 12, 2006 is vacated.
5  The matter shall be added to the Court's calendar on Wednesday, January 3, 2007 at 2:30 for change
6  of plea. Time shall be excluded under the Speedy Trial Act until that date, given the unavailability of
7  defense counsel and the need for effective preparation.

9  IT IS SO ORDERED.

10
    December 13, 2006                              /s/ Maxine M. Chesney
11  DATED                                          MAXINE M. CHESNEY
12                                                 United States District Court Judge

14  IT IS SO STIPULATED.

15  _____12/13/06_____              _____/s_____
16  DATED                                KEVIN V. RYAN
                                         United States Attorney
17                                       Northern District of California
                                         ROBERT REES
18                                       Assistant United States Attorney

21  _____12/13/06_____               _____/s_____
    DATED                                BARRY J. PORTMAN
22                                       Federal Public Defender
                                         Northern District of California
23                                       STEVEN G. KALAR
24                                       Assistant Federal Public Defender

*Meglen*, CR 06-0169 MMC
ORD. CONT. HEARING                       2