## PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | The Honorable James Larson<br>U.S. Magistrate Court Judge | **RE:** | Alan Meglen |

**FILED**
**07 JAN -9 AM 8:07**

**FROM:** Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

**DOCKET NO:** CR 06-116 MMC
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DATE:** January 5, 2007

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| Rich Sarlatte | 415-436-7508 |
|---|---|
| U.S. Pretrial Officer Specialist | TELEPHONE NUMBER |

**RE: VIOLATION/INFORMATION**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[ ] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[X] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. ____F____ on __Jan. 17, 2007__ at __9:30 a.m.__.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Order(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_Thank you._

_____          __1-08-07__
JUDICIAL OFFICER                    DATE

Cover Sheet (12/03/02)