# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

E-Filing

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Docket Number: CR 06-00169-01 MMC |
| vs. ) | |
| Alan Bruce Meglen ) | |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for __May 2, 2007__ be continued until __June 13, 2007__ at __2:30 p.m.__ .

Date: APR 3 0 2007

Maxine M. Chesney
United States District Judge

NDC-PSR-009 12/06/04